UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


Stephen Emanouil

              v.                       Case No. 07-cv-162-PB

Jennie Barker


## O R D E R


After due consideration of the objection filed, I herewith approve the Report

and Recommendation of Magistrate Judge Muirhead dated August  31, 2007.

SO ORDERED.


September  12, 2007               /s/ Paul Barbadoro
                                       Paul Barbadoro
                                       United States District Judge


cc:    Jackson W. Casey, Esq.