UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Stephen Emanouil

    v.         Case No. 07-cv-162-PB

Jennie Barker

A M E N D E D   O R D E R

After due consideration of the objections filed, I herewith approve the Reports and Recommendation of Magistrate Judge Muirhead dated June 14, 2007 and August 31, 2007.

  SO ORDERED.

September 14, 2007        /s/ Paul Barbadoro
                Paul Barbadoro
                United States District Judge

cc: Jackson W. Casey, Esq.